UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20716-CR-LENARD/TURNOFF

UNITED STATES OF AMERICA          )
                                  )
vs.                               )
                                  )
CARLOS ALBERTO ORTEGA,            )
                                  )
         Defendant.               )
_____ )

## FACTUAL PROFFER

Had this matter proceeded to trial, the United States of America, by and through the undersigned Assistant United States Attorney, and Carlos Alberto Ortega (the "defendant") agree that the following facts would have been proven beyond a reasonable doubt:

On September 7, 2010, agents of the Drug Enforcement Administration ("DEA") began investigating the suspected operation of hydroponic marijuana laboratories at the residence of the defendant and his wife and co-defendant, Iris Haydee Victores ("Victores") as well as the residence of their son and co-defendant, Carlos A. Ortega, Jr. ("Ortega Jr."). Both residences were located in Miami-Dade County. Agents conducted surveillance of the residence shared by the defendant and Victores (the "parents' residence") on September 7 and September 8, 2010 and observed a vehicle registered to Ortega Jr. As well as unusual traffic.

On September 8, 2010, agents conducted a search, found to be valid, at the parents' residence, located at 2951 S.W. 139th Ave., in Miami, Florida, after obtaining oral and written consent from Victores in her native Spanish. Victores led agents to a locked room inside the house

containing a hydroponic marijuana laboratory, with approximately forty marijuana plants, as well as fifteen bags of packaged marijuana. Agents discovered another bag of marijuana in an adjacent room. Victores also provided agents with the key to a locked shed in the back yard, which contained another hydroponic marijuana laboratory, with approximately forty-two marijuana plants. In total, Victores and the defendant knowingly possessed eighty-two marijuana plants and approximately sixteen pounds of bagged marijuana, all of which they intended to distribute. Agents also discovered high intensity lights, electrical wiring that had been re-engineered to provide power to the grow operation, and packaging supplies.

After being advised of their *Miranda* rights and waiving those rights in writing, in Spanish, both the defendant and Victores provided voluntary statements to law enforcement, in which they admitted conspiring to possess with intent to distribute all of the marijuana discovered by agents by running a hydroponic marijuana laboratory in their residence. They both stated that they were growing marijuana in order to make money. Victores also made statements confirming the involvement of Ortega Jr. in the conspiracy to possess with intent to distribute the marijuana discovered in the parents' residence.

Later on September 8, 2010, DEA agents conducted a valid search of Ortega Jr.'s residence, located at 9921 West Calusa Club Drive, in Miami, Florida, after obtaining written consent to search from both him and his wife. During the search, agents recovered approximately 2.5 pounds of marijuana in Ziploc bags, which Ortega Jr. knowingly possessed with intent to distribute, two firearms, a money-counting machine, a fertilizing schedule commonly used in marijuana grow operations, as well as a ledger listing various names – including the names of his parents – and monetary amounts. Upon searching the back yard of Ortega Jr.'s residence, agents discovered a bag

containing a marijuana root system and seven large jugs of high-grade hydroponic fertilizer commonly used in marijuana grow houses.

A report of the laboratory examination of the substances and plants seized from the defendant's residence and from Ortega Jr.'s residence confirmed that they were all marijuana.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/8/2011    By: _____
OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY

Date: 6-8-11    By: _____
ARNALDO SURI
ATTORNEY FOR DEFENDANT

Date: 6-8-11    By: _____
CARLOS ALBERTO ORTEGA
DEFENDANT

3