SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### JUDGE JOAN A. LENARD

DEFENDANT: **CARLOS A. ORTEGA**

CASE NO. 10-20716-CR

Deputy Clerk Ahlai Israel          DATE September 20, 2011
Court Reporter Lisa Edwards        USPO Marilys Martinez
AUSA: Wilfredo Fernandez           Deft's Counsel Arnaldo Suri
Interpreter: Spanish               Time: 2:28pm - 2:45pm

COUNTS DISMISSED  2 & 4

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited
Sentencing cont'd until _____ at _____ PM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
| | ___ | 8 | 1 |
| | ___ | ___ | ___ |

Supervised Release 2 years   Conditions: 2 months Home Detention w/electronic monitoring; 600 hours Community Service; Permissible Search; Cooperating w/Immigration during Removal Proceedings

Probation
| Years | Months | Counts |
|---|---|---|
| ___ | ___ | ___ |
| ___ | ___ | ___ |

Special Conditions: _____

Assessment $ 100.00    Restitution $ N/A    Fine $ N/A

CUSTODY

___ Remanded to the Custody of the U.S. Marshal Service
___ Release on bond pending appeal
_X_ Voluntary Surrender to (designated institution or U.S. **Marshal Service** 9/27/11 no later than 2pm
___ Recommendation _____